UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 12: 36

| | |
|---|---|
| WOJCIECH S. BIELUNAS<br>Plaintiff, | )<br>)<br>)<br>) C.A. NO: 302CV1990-AHN<br>) |
| CHIEFTAN FISHING, INC., AND FISHING<br>THE CHIEF, HER ENGINES, TACKLE, CATCH,<br>CARGOES, FREIGHT, APPAREL,<br>APPLIANCES, FURNITURE, ETC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Now come the parties pursuant to FRCP 41(a)(1) and stipulate that the following entry may be made on the docket:

1. Plaintiff's complaint dismissed with prejudice without costs, and all notice provisions waived.

WOJCIECH S. BIELUNAS

By his attorney,

*/s/ Joseph R. Press/*

Joseph R. Press, Esq.
28 West 22nd Street
Bayonne, NJ 07002
(201) 436-8640    CT24495

J. Spallone, Esq.
Gould, Larson, etc. P.C.
P.O. Box 959
Essex, CT 06426

CHIEFTAN FISHING INC.

By its attorney,

*/s/ Bert Ed/*

Bertram E. Snyder, Esq
Looney & Grossman LLP
101 Arch Street         CT00777
Boston, MA 02110
(617) 951-2800

Henry C. Ide, Esq.
Law Office of Henry C. Ide
49 West Main Street
Avon, Connecticut 06001

D:\1372\072\Pld\07