UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 12:36

WOJCIECH S. BIELUNAS
    Plaintiff,

C.A. NO: 302CV1990-AHN

CHIEFTAN FISHING, INC., AND FISHING
THE CHIEF, HER ENGINES, TACKLE, CATCH,
CARGOES, FREIGHT, APPAREL,
APPLIANCES, FURNITURE, ETC.
    Defendants

## STIPULATION OF DISMISSAL

Now come the parties pursuant to FRCP 41(a)(1) and stipulate that the following entry may be made on the docket:

1. Plaintiff's complaint dismissed with prejudice without costs, and all notice provisions waived.

WOJCIECH S. BIELUNAS

By his attorney,

*Joseph R. Press*

Joseph R. Press, Esq.
28 West 22nd Street
Bayonne, NJ 07002
(201) 436-8640   CT24495

J. Spallone, Esq.
Gould, Larson, etc. P.C.
P.O. Box 959
Essex, CT 06426

CHIEFTAN FISHING INC.

By its attorney,

*Bert Ed*

Bertram E. Snyder, Esq
Looney & Grossman LLP
101 Arch Street   CT00777
Boston, MA 02110
(617) 951-2800

Henry C. Ide, Esq.
Law Office of Henry C. Ide
49 West Main Street
Avon, Connecticut 06001

ALAN H. NEVAS, U.S.D.J.   APPROVED. SO ORDERED.   10/28/03

D:\1372\072\Pld\07